# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| STEPHANIE PORCH, as Personal Representative of the Estate of STEFAN PORCH, deceased,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BARBARO TRIZAN CUELLAR and IRAWO LOGISTICS LLC,<br><br>　　　　Defendants. | Case No. 4:23-cv-00081-TWP-KMB |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, having filed with the Court a Stipulation of Dismissal with Prejudice, and the Court having examined this Stipulation and being duly advised in the premises now orders the above-entitled cause be dismissed, WITH PREJUDICE, costs pre-paid [31].

Date: 9/29/2023

　　　　　　　　　　　　　　　　　　　　　Hon. Tanya Walton Pratt, Chief Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system

4870-3793-6748,